No. 3074

Second Circuit

———

TRADERS SECURITIES CO. v. HEART-
FIELD ALLEN DRUG CO., INC., ET AL.

———

(March 27, 1928.  Opinion and Decree.)
(May 22, 1928.  Rehearing Refused.)

———

(*Syllabus by the Court*)

1.  **Louisiana Digest—Appeal—Par. 544, 598,
    694.**

Where a case is submitted without argu-
ment and without brief and the record
apparently sustains the judgment ap-
pealed from, the judgment will be af-
firmed.

Cayton vs. Redman, 4 La. App. 451.

Appeal from the First Judicial District
Court, Parish of Caddo.  Hon. Robert Rob-
erts, Judge.

Action by Traders Securities Company
against Heartfield Allen Drug Company,
Inc., and C. C. Allen.

There was judgment for plaintiff and
defendants appealed.

Judgment affirmed.

William H. Cook, of Shreveport, attorney
for plaintiff, appellee.

Harry V. Booth, of Shreveport, attorney
for defendants, appellants.

STATEMENT OF THE CASE.

REYNOLDS, J.  In this action plaintiff
seeks to recover judgment against the de-
fendants in solido for the sum of $596.00
with interest at the rate of 5% per annum
on $119.30 thereof from October 31, 1924,
and like interest on a like amount from
December 31, 1924, and like interest on a
like amount from February 28, 1925, and
like interest on a like amount from April
30, 1925, and like interest on a like amount
from July 31, 1925, until paid, on ten trade
acceptances for the sum of $59.60 each, all
dated July 31, 1924, all drawn by Black-
stad, Inc., on "Allen's Pharmacy" and ac-
cepted by it, drawn payable to drawer's
order, two in three months, two in five
months, two in seven months, two in nine
months, and two in twelve months after
their date, and acquired by plaintiff for
value and in due course before maturity.

Defendants admitted execution of the ac-
ceptances and alleged that they were
obtained by fraud and misrepresentation
and that Blackstad, Inc., and Traders Se-
curities Company though separate legal
entities were for all practical purposes one
and the same institution for the reason
that the shares of stock in the latter were
owned by the stockholders in the former
corporation.

On these issues the case was tried and
there was judgment in favor of the plain-
tiff Traders Securities Company, and
against Heartfield-Allen Drug Company,
Inc., for $596.00 with legal interest from
March 1, 1925, until paid, and all costs,
and the defendant Heartfield-Allen Drug
Company, Inc., has appealed.

OPINION.

The pleadings and evidence make out a
case for plaintiff.  The evidence introduced
by defendant does not show that the ac-
ceptances were obtained by fraud or mis-
representation or that plaintiff and Black-
stad, Inc., are one and the same entity.

It is therefore ordered, adjudged and
decreed that the judgment appealed from
be affirmed.